UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61792-CIV-SINGHAL

ROSARIO ESPERANZA ROSALES-FULEZ,

      Petitioner,

v.

GARETT RIPA, Miami Field Office Director,
Immigration and Customs Enforcement,
Enforcement and Removal Operations, *et al.,*

      Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  In her Emergency Motion for a Temporary Restraining Order and Stay of Removal, and for an Expedited Order to Show Cause (DE [5]), Petitioner alleges that she is detained at Richwood Correctional Center, in Richwood, Louisiana, which is located in the Western District of Louisiana.  She alleges that in the "hours following her detention" on June 24, 2026, she did not appear in Immigration and Customs Enforcement's Online Detainee Locator system.  (DE [5] at 2).  Since then, she has been moved to Richwood.  She alleges that she filed her Petition (DE [1]) on June 25, 2026, while she was still located in the Southern District of Florida.  But based on her own allegation that she was not locatable hours after her detention on June 24, 2026, it appears she was already in transit out of the District prior to filing her Petition.  The proper jurisdiction for a petition for writ of habeas corpus is the "district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004).  The district of confinement is the district the detainee was located in when she filed the habeas petition. *See Diaz v. United States*, 580 Fed. Appx. 716, 717 (11th Cir. 2014).  Here, the district of confinement is the Western District of Louisiana.

Even if the Court did possess jurisdiction, the most convenient venue for all the parties, and especially Petitioner, would be the Western District of Louisiana.  In the Court's discretion, pursuant to 28 U.S.C. § 1404(a), this action should be transferred.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall transfer this case to the United States District Court for the Western District of Louisiana.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.  All pending hearings and deadlines are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of June 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

2